| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) CLELAND, ROBERT H | 2. Court or Organization US DISTRICT COURT, ED MI | 3. Date of Report 08/13/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 707 Theodore Levin Courthouse 231 West Lafayette Blvd Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Seven of these entities constitute those fiduciary relationships listed as | "FR1" through "FR 7", though not necessarily in that order |
| 2. Co-Trustee | Trust 1 |
| 3. Co-Trustee | Trust 2 |
| 4. Co-Trustee | Trust 3 |
| 5. Co-Trustee | Trust 4 |
| 6. Trustee | Trust 5 |
| 7. Trustee | Trust 6 |
| 8. President | Foundation 1 |
| 9. President | Sub-Chapter S Corporation 1 |
| 10. Co-Trustee | Partnership 1 |
| 11. Member | Board of Directors Condominium Association |
| 12. Member | Investment Club |
| 13. | |
| 14. | |
| 15. | |
| 16. | |

2007 AUG 16 A 10: 43 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

|   | DATE | PARTIES AND TERMS |
|---|------|-------------------|
| 1. | 1985 | DEFERRED COMP. AGREEMENT; ADMINISTRATOR: NATIONWIDE INSURANCE COMPANY |
| 2. | 1973 | RETIREMENT PLAN; COUNTY OF ST. CLAIR; AGE 59 ELIGIBILITY |
| 3. |  |  |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H | 08/13/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Subchapter S Corporation (a corporate form through which I serve as fiduciary of a rev trust as permitted by Canon 5D) | $ 3,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H | 08/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| 2006 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Robert H. Cleland | Date of Report<br><br>08/13/07 |
|---|---|---|

VII. Page 1    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>**Description of Assets**<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| | Deferred Compensation Plan | None | | N | T | | | | | Reported on line 6 of 2005 report |
| | **S1** | F | Dividends & Capital Gains | P1 | T | | | | | |
| 1 | Fractional share of FR6 | | | | | | | | | Reported on line 1 of 2005 report |
| 2 | CUB Investment Partnership | | | | | | | | | Reported on line 5 of 2005 report |
| 3 | Fidelity Cash Reserves Fund | | | | | | | | | Reported on line 9 of 2005 report |
| 4 | Fidelity Daily Income Fund | | | | | | | | | Reported on line 10 of 2005 report |
| 5 | Florida residential real estate held for rental; ▅▅▅ | | | | | | | | | Reported on line 11of 2005 report |
| 6 | Investment Club (A fractional share of Investment Club, a Michigan Limited Liability Company; see part VIII for comments) | | | | | | | | | Reported on line 19 of 2005 report |
| 7 | Michigan residential real estate held for rental; ▅▅▅ | | | | | | | | | Reported on line 28 of 2005 report |
| 8 | 3M Company (common) | | | | | Sell | 08/10 | K | E | Reported on line 2 of 2005 report |
| 9 | Advanced Micro Devices Inc (common) | | | | | Buy | 10/27 | J | | |
| 10 | Akamai Technologies Inc (common) | | | | | Buy | 12/19 | J | | |
| 11 | Alcon Inc (common) | | | | | Buy | 08/11 | J | | |
| 12 | Allegheny Energy Inc (common) | | | | | Buy | 10/09 | J | | |
| 13 | Altria Group Inc (common) | | | | | Buy | 08/11 | J | | |
| 14 | America Movil S A De C V (common) | | | | | Buy | 08/11 | J | | |
| 15 | American International Group, Inc (common) | | | | | Buy | 08/11 | K | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)   F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:   J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | |

| 3 Val Mth Codes:   Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)   U=Book Value | V=Other | W=Estimate | |

VII. Page 2    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 16 American International Group, Inc (common) | | | | | Buy | 08/21 | J | | |
| 17 American International Group, Inc (common) | | | | | Buy | 10/12 | J | | |
| 18 Amerisourcebergen Corp (common) | | | | | Buy | 10/06 | J | | |
| 19 Apple Computer Inc (common) | | | | | Buy | 08/11 | K | | |
| 20 Arcelor Mittal (common) | | | | | Buy | 11/03 | J | | |
| 21 Arcelor Mittal (common) | | | | | Buy | 11/14 | J | | |
| 22 AT&T Inc (common) | | | | | Buy | 8/11 | J | | |
| 23 Baker Hughes Inc (common) | | | | | Buy | 08/11 | J | | |
| 24 Bank of Amer Corp (common) | | | | | Buy | 08/11 | J | | |
| 25 Bernstein Emerging Markets Portfolio | | | | | Buy | 08/11 | L | | |
| 26 Bernstein Emerging Markets Portfolio | | | | | Buy | 12/12 | J | | |
| 27 Bernstein Tax-managed International Portfolio | | | | | Buy | 08/11 | N | | |
| 28 Bernstein Tax-managed International Portfolio | | | | | Buy | 12/12 | K | | |
| 29 BJ Services Co (common) | | | | | Buy | 08/15 | J | | |
| 30 BJ Services Co (common) | | | | | Sell | 09/26 | J | None | |
| 31 Black & Decker Corp (common) | | | | | Buy | 10/31 | J | | |
| 32 Black & Decker Corp (common) | | | | | Buy | 11/08 | J | | |
| 33 Boeing Co (common) | | | | | Buy | 08/11 | K | | |
| 34 Boeing Co (common) | | | | | Buy | 09/14 | J | | |
| 35 Borg Warner Automotive Inc (common) | | | | | Buy | 08/11 | J | | |
| 36 BP Amoco (common) | | | | | Buy | 11/28 | J | | |
| 37 BP Amoco (common) | | | | | Buy | 12/27 | J | | |
| 38 BP Amoco (common) | | | | | Partial Sale | 08/10 | K | C | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| | 2006<br>FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Robert H. Cleland | Date of Report<br><br>08/13/07 |
|---|---|---|---|

VII. Page 3    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g. , buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 39 | Broadcom Corp (common) | | | | | Buy | 08/11 | J | | |
| 40 | Caremark Rx Inc (common) | | | | | Buy | 08/11 | J | | |
| 41 | Caremark Rx Inc (common) | | | | | Partial Sale | 11/03 | J | None | |
| 42 | Caremark Rx Inc (common) | | | | | Partial Sale | 11/16 | J | None | |
| 43 | Caremark Rx Inc (common) | | | | | Sell | 11/27 | J | None | |
| 44 | Cash | | | | | Open | 07/09 | N | | |
| 45 | CBS Corp (common) | | | | | Buy | 08/11 | J | | |
| 46 | Chevron Corp (common) | | | | | Buy | 08/11 | K | | |
| 47 | Chicago Mercantile Exchange (common) | | | | | Buy | 09/06 | J | | |
| 48 | Chicago Mercantile Exchange (common) | | | | | Buy | 09/28 | J | | |
| 49 | Cisco Systems Inc (common) | | | | | Buy | 12/11 | J | | |
| 50 | Citigroup Inc (common) | | | | | Buy | 08/11 | K | | |
| 51 | Citizens First Bancorp Inc (common) | | | | | | | | | Reported on line 4 of 2005 report |
| 52 | Clorox Co (common) | | | | | Buy | 08/14 | J | | |
| 53 | Coca Cola Co (common) | | | | | Buy | 08/11 | J | | |
| 54 | Comcast Corp (common) | | | | | Buy | 08/11 | J | | |
| 55 | Comcast Corp (common) | | | | | Buy | 11/16 | J | | |
| 56 | Comcast Corp (common) | | | | | Buy | 11/28 | J | | |
| 57 | Conocophillips (common) | | | | | Buy | 08/11 | J | | |
| 58 | Conocophillips (common) | | | | | Buy | 11/08 | J | | |
| 59 | Constellation Energy Group Inc (common) | | | | | Buy | 08/11 | J | | |
| 60 | Corning Inc (common) | | | | | Buy | 08/14 | J | | |
| 61 | Credit Suisse Group (common) | | | | | Buy | 11/03 | J | | |
| 62 | Credit Suisse Group (common) | | | | | Buy | 11/16 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2) U=Book Value | V=Other | W=Estimate | |

VII. Page 4    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | | | | | If not exempt from disclosure | | | |
|  | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 63 Crown Castle Intl Corp (common) | | | | | Buy | 08/14 | J | | |
| 64 Eaton (common) | | | | | Buy | 08/11 | J | | |
| 65 Electronic Data Systems Corp (common) | | | | | Buy | 08/11 | J | | |
| 66 Emerson Electric Co (common) | | | | | Buy | 08/11 | J | | |
| 67 Entergy Corp (common) | | | | | Buy | 10/11 | J | | |
| 68 Exxon Mobile Corp (common) | | | | | Buy | 08/11 | K | | |
| 69 Exxon Mobile Corp (common) | | | | | Partial Sale | 09/15 | J | None | |
| 70 Fed Home Loan Mortgage (common) | | | | | Buy | 08/11 | J | | |
| 71 Federal National Mortgage Assn (common) | | | | | Buy | 08/11 | J | | |
| 72 Fluor Corp (common) | | | | | Buy | 12/19 | J | | |
| 73 Fortune Brands Inc (common) | | | | | Buy | 11/21 | J | | |
| 74 Franklin Resources Inc (common) | | | | | Buy | 08/11 | J | | |
| 75 Genentech Inc (common) | | | | | Buy | 08/11 | J | | |
| 76 Genentech Inc (common) | | | | | Partial Sale | 11/28 | J | A | |
| 77 General Electric Co (common) | | | | | Buy | 10/27 | J | | Reported on line 13 of 2005 report |
| 78 General Electric Co (common) | | | | | Buy | 11/16 | J | | |
| 79 General Electric (common) | | | | | Partial Sale | 08/10 | K | D | |
| 80 Genworth Financial Inc (common) | | | | | Buy | 08/11 | J | | |
| 81 Genworth Financial Inc (common) | | | | | Buy | 08/24 | J | | |
| 82 Genworth Financial Inc (common) | | | | | Buy | 12/12 | J | | |
| 83 Gilead Sciences Inc (common) | | | | | Buy | 08/11 | J | | |
| 84 Global Santa Fe Corp (common) | | | | | Buy | 08/11 | J | | |
| 85 Goldman Sachs Group Inc (common) | | | | | Buy | 08/11 | J | | |
| 86 Goldman Sachs Group Inc (common) | | | | | Buy | 09/06 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 5   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 87 | Google Inc (common) | | | | | Buy | 08/11 | K | | |
| 88 | Greenfield Financial Group (common) | | | | | | | | | Reported on line14 & 15 of 2005 report |
| 89 | Halliburton Co (common) | | | | | Buy | 08/11 | K | | |
| 90 | Hewlett Packard Co (common) | | | | | Buy | 10/06 | J | | |
| 91 | Hewlett Packard Co (common) | | | | | Buy | 10/27 | J | | |
| 92 | Hewlett Packard Co (common) | | | | | Buy | 12/19 | J | | |
| 93 | Hilton Hotels Corp (common) | | | | | Buy | 09/19 | J | | |
| 94 | Idearc Inc (common) | | | | | Spin-off | 11/29 | J | | Spin-off from Verizon Communication |
| 95 | Ingersoll Rand Co Ltd (common) | | | | | Buy | 12/11 | J | | |
| 96 | Intel Corp (common) | | | | | Sell | 08/10 | J | None | Reported on line 18 of 2005 report |
| 97 | Interpublic Group of Cos Inc (common) | | | | | Buy | 08/14 | J | | |
| 98 | Intl Business Machines Corp (common) | | | | | Buy | 08/21 | J | | |
| 99 | Intl Business Machines Corp (common) | | | | | Buy | 08/24 | J | | |
| 100 | Johnson & Johnson (common) | | | | | Partial Sale | 8/10 | J | E | Reported on line 24 of 2005 report |
| 101 | Johnson & Johnson (common) | | | | | Partial Sale | 8/18 | J | C | |
| 102 | JP Morgan Chase & Co (common) | | | | | Buy | 08/11 | K | | |
| 103 | Kellogg Co (common) | | | | | Buy | 08/11 | J | | |
| 104 | Kimberly Clark Corp (common) | | | | | Buy | 08/11 | J | | |
| 105 | Kimberly Clark Corp (common) | | | | | Sell | 11/28 | J | A | |
| 106 | Kohls Corp (common) | | | | | Buy | 09/08 | J | | |
| 107 | Kohls Corp (common) | | | | | Buy | 09/19 | J | | |
| 108 | Kohls Corp (common) | | | | | Buy | 10/06 | J | | |
| 109 | Las Vegas Sands Corp (common) | | | | | Buy | 09/06 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (col C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimate | |

VII. Page 6   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 110 Lazard Ltd (common) | | | | | Buy | 12/20 | J | | |
| 111 Legg Mason Inc (common) | | | | | Buy | 11/28 | J | | |
| 112 Lincoln National (common) | | | | | Partial Sale | 08/04 | P1 | G | Reported on line 27 of 2005 report |
| 113 Lowes Companies Inc (common) | | | | | Buy | 08/11 | J | | |
| 114 Lowes Companies Inc (common) | | | | | Partial Sale | 10/02 | J | A | |
| 115 Lowes Companies (common) | | | | | Sell | 11/28 | J | A | |
| 116 McDonalds Corp (common) | | | | | Buy | 08/11 | K | | |
| 117 MedcoHealth Solutions Inc (common) | | | | | Buy | 08/11 | J | | |
| 118 MedcoHealth Solutions Inc (common) | | | | | Sell | 12/11 | J | None | |
| 119 Merck & Co Inc (common) | | | | | Buy | 11/27 | J | | |
| 120 Merck & Co Inc (common) | | | | | Buy | 11/30 | J | | |
| 121 Merrill Lynch & Co Inc (common) | | | | | Buy | 08/11 | K | | |
| 122 MetLife Inc (common) | | | | | Buy | 08/11 | J | | |
| 123 Microsoft Corp (common) | | | | | Buy | 09/14 | J | | |
| 124 Monsanto Co (common) | | | | | Buy | 08/11 | J | | |
| 125 Nabors Industries, Ltd (common) | | | | | Buy | 08/11 | J | | |
| 126 Nabors Industries, Ltd (common) | | | | | Partial Sale | 10/24 | J | None | |
| 127 Nabors Industries, Ltd (common) | | | | | Sell | 11/13 | J | None | |
| 128 National City Corp (common) | | | | | Buy | 08/11 | J | | |
| 129 Network Appliance Inc (common) | | | | | Buy | 08/11 | J | | |
| 130 Nokia Corp-Sponsored ADR (common) | | | | | Buy | 08/11 | J | | |
| 131 Northern Trust Corp (common) | | | | | Buy | 08/11 | J | | |
| 132 Northern Trust Corp (common) | | | | | Sell | 12/07 | J | A | |
| 133 Northrup Corp (common) | | | | | Buy | 8/14 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 7   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134  Nvidia Corp (common) | | | | | Buy | 10/06 | J | | |
| 135  NYSE Euronext (common) | | | | | Buy | 08/14 | J | | |
| 136  Oracle Systems Corp (common) | | | | | Buy | 11/21 | J | | |
| 137  Owens Illinois Inc (common) | | | | | Buy | 08/11 | J | | |
| 138  Pepsico (common) | | | | | Partial Sale | 08/10 | L | E | Reported on line 29 of 2005 report |
| 139  Pfizer Inc (common) | | | | | Buy | 08/11 | J | | |
| 140  Procter & Gamble Co (common) | | | | | | | | | Reported on line 30 of 2005 report |
| 141  Qualcomm Inc (common) | | | | | Buy | 08/11 | J | | |
| 142  Qualcomm Inc (common) | | | | | Buy | 08/21 | J | | |
| 143  Qualcomm Inc (common) | | | | | Partial Sale | 11/16 | J | A | |
| 144  Rockwell Collins Inc (common) | | | | | Buy | 08/11 | J | | |
| 145  Sara Lee Corp (common) | | | | | Buy | 09/14 | J | | |
| 146  Schlumberger Ltd (common) | | | | | Buy | 08/11 | J | | |
| 147  Schwab Charles Corp New (common) | | | | | Buy | 08/15 | J | | |
| 148  Smucker & Co (common) | | | | | Sell | 07/06 | A | | Reported on line 33 of 2005 report |
| 149  Sprint Nextel Corp (common) | | | | | Buy | 08/24 | J | | |
| 150  Sprint Nextel Corp (common) | | | | | Buy | 09/22 | J | | |
| 151  SPX Corp (common) | | | | | Buy | 09/15 | J | | |
| 152  Starwood Hotels & Resorts (common) | | | | | Buy | 10/27 | J | | |
| 153  SunTrust Banks Inc (common) | | | | | Buy | 08/11 | J | | |
| 154  Target Corp (common) | | | | | Buy | 08/11 | J | | |
| 155  Target Corp (common) | | | | | Buy | 08/14 | J | | |
| 156  Target Corp (common) | | | | | Buy | 08/21 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)  F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 8    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 157 Tech Data Corp (common) | | | | | Buy | 08/11 | J | | |
| 158 Teva Pharmaceutical Industries (common) | | | | | Buy | 08/11 | J | | |
| 159 Teva Pharmaceutical Industries (common) | | | | | Partial Sale | 11/16 | J | None | |
| 160 Teva Pharmaceutical Industries (common) | | | | | Partial Sale | 12/29 | J | None | |
| 161 Textron Inc (common) | | | | | Buy | 08/14 | J | | |
| 162 Textron Inc (common) | | | | | Sell | 11/03 | J | A | |
| 163 Time Warner Inc (common) | | | | | Buy | 08/11 | J | | |
| 164 Toyota Motor Corp (common) | | | | | Buy | 08/11 | J | | |
| 165 Travelers Companies Inc (common) | | | | | Buy | 08/11 | J | | |
| 166 UBS AG (common) | | | | | Buy | 08/11 | J | | |
| 167 United Health Group Inc (common) | | | | | Buy | 08/11 | J | | |
| 168 United Health Group Inc (common) | | | | | Partial Sale | 11/16 | J | A | |
| 169 United Health Group Inc (common) | | | | | Sell | 12/06 | J | A | |
| 170 United Technologies Corp (common) | | | | | Buy | 08/14 | J | | |
| 171 United Technologies Corp (common) | | | | | Sell | 12/13 | J | A | |
| 172 Verizon Communications (common) | | | | | Buy | 10/02 | J | | |
| 173 Verizon Communications (common) | | | | | Buy | 11/30 | J | | |
| 174 Wal-Mart Stores, Inc (common) | | | | | Buy | 11/21 | J | | |
| 175 Walgreen Co (common) | | | | | Buy | 08/11 | J | | |
| 176 Walgreen Co (common) | | | | | Partial Sale | 10/02 | J | None | |
| 177 Walgreen Co (common) | | | | | Sell | 10/23 | J | None | |
| 178 Wellpoint Inc (common) | | | | | Buy | 08/11 | J | | |
| 179 Wisconsin Energy Corp | | | | | Buy | 08/11 | J | | |
| 180 Wm Wrigley Jr Co (common) | | | | | Buy | 11/27 | J | | |
| 181 Yahoo Inc (common) | | | | | Buy | 08/11 | K | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 9    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.* *Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 182  Yahoo Inc (common) | | | | | Buy | 12/06 | J | None | |
| 183  Yahoo Inc (common) | | | | | Partial Sale | 10/20 | J | None | |
| 184  Yahoo Inc (common) | | | | | Partial Sale | 10/24 | J | None | |
| 185  **S2** | A | Dividend & Capital Gains | O | T | | | | | |
| 186  Aztar (common) | | | | | | | | | Reported on line 3 of 2005 report |
| 187  DFA Emerging Markets Core Equity Fund | | | | | Buy | 02/21 | J | | |
| 188  DFA Emerging Markets Core Equity Fund | | | | | Buy | 12/15 | J | | |
| 189  DFA International Value Fund | | | | | Buy | 02/21 | K | | |
| 190  DFA International Value Fund | | | | | Buy | 12/14 | J | | |
| 191  DFA Large Cap International Fund | | | | | Buy | 12/14 | K | | |
| 192  DFA US Large Cap Value Fund | | | | | Buy | 12/14 | J | | Reported on line 7 of 2005 report |
| 193  DFA US Small Cap Value Fund | | | | | Buy | 12/14 | J | | Reported on line 8 of 2005 report |
| 194  Forward Interntl Small Co (common) | | | | | Buy | 12/14 | J | | Reported on line 12 of 2005 report |
| 195  Greenfield Commercial Credit LLC | | | | | | | | | Reported on line 15 of 2005 report |
| 196  Hennessy Focus 30 Fund | | | | | Partial Sale | 02/15 | L | D | Reported on line 16 of 2005 report |
| 197  Hodges Growth Fund | | | | | Buy | 02/21 | K | | |
| 198  Hodges Growth Fund | | | | | Buy | 12/14 | J | | |
| 199  Hussman Strategic Growth Fund | | | | | Buy | 02/15 | J | | Reported on line 17 of 2005 report |
| 200  Hussman Strategic Growth Fund | | | | | Buy | 12/14 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 10   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 201  iShares Dow Jones Select Dividend Index Fund | | | | | Buy | 02/15 | J | | Reported on line 20 of 2005 reporT |
| 202  iShares Dow Jones Select Dividend Index Fund | | | | | Buy | 12/14 | J | | |
| 203  iShares S&P 500/Barra Growth Fund | | | | | Buy | 02/15 | J | | Reported on line 21 of 2005 report |
| 204  iShares S&P 500/Barra Growth Fund | | | | | Buy | 12/14 | J | | |
| 205  Ishares S&P Global 100 Index Fund | | | | | Sell | 02/15 | K | A | Reported on line 22 of 2005 report |
| 206  iShares TR Russell 2000 Growth Index Fund | | | | | Buy | 02/21 | K | | |
| 207  iShares TR Russell 2000 Growth Index Fund | | | | | Buy | 12/14 | J | | |
| 208  Lincoln National (common) | | | | | Partial Sale | 04/27 | L | E | Reported on line 27 of 2005 report |
| 209  Lincoln National (common) | | | | | Partial Sale | 10/13 | M | G | |
| 210  Powershares QQQ Trust Fund (fka NASDAQ 100 Tr Fund) | | | | | Buy | 12/14 | J | | |
| 211  Rydex ETF Tust S&P 500 Equal Weight Fund | | | | | Sell | 02/15 | K | A | Reported on line 31 of 2005 report |
| 212  S&P Dep Rcpts/Spdrs Trust | | | | | Buy | 02/15 | J | | Reported on line 32 of 2005 report |
| 213  S&P Dep Rcpts/Spdrs Trust | | | | | Buy | 12/15 | K | | |
| 214  US Global China Regional Opp Fund | | | | | Buy | 12/14 | J | | Reported on line 34 of 2005 report |
| 215  Vanguard Growth ETF Fund | | | | | Buy | 12/14 | K | | |
| 216  White Oak Growth Assoc Funds | | | | | Buy | 02/21 | K | | |
| 217  White Oak Growth Assoc Funds | | | | | Sell | 12/14 | K | A | |
| 218  **IRA1** | None | | K | T | | | | | |
| 219  DFA US Micro Cap Fund07/06 | | | | | Sell | 02/15 | K | A | |

1 Inc/Gain Codes:   A=1,000 or less      B=$1,001-$2,500      C=2,501-$5,000      D=$5,001-$15,000      E=$15,001-$50,000
(Col B1, D4)        F=$50,000-$100,000   G=$100,001-1,000,000   H=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less      K=$15,001-$50,000      L=$50,001-100,000      M=$100,001-$250,000      N=$250,001-$500,000
(Col C1, D3)   O=500,000-$1,000,000   P1=$ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal         R=Cost (real estate only)   S=Assessment         T=Cash/Market
(col C2)            U=Book Value        V=Other                     W=Estimate

VII. Page 11    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220 DFA US Micro Cap Fund | | | | | Buy | 12/14 | J | | |
| 221 DFA Emerging Markets Core Equity Fund | | | | | Buy | 12/15 | J | | |
| 222 Matthews Asian Growth & Income Fund | | | | | Buy | 12/14 | J | | |
| 223 PIMCO Commodity Real Ret Strat | | | | | Buy | 02/21 | K | | |
| 224 PIMCO Commodity Real Ret Strat | | | | | Sell | 11/17 | K | A | |
| 225 **IRA2** | None | | K | T | | | | | |
| 226 Emerging Market Telecom Fund | | | | | | | | | |
| 227 Powershares QQQ Trust Fund (fka Nasdaq 100 Tr Ser 1) | | | | | | | | | |
| 228 S&P Dep Rcpts/Spdrs Trust | | | | | | | | | |
| 229 **FR1** | None | Dividend & Capital Gains | N | T | | | | | |
| 230 DFA 1-Year Fixed Income Fund | | | | | Buy | 12/29 | K | | |
| 231 DFA Emerging Markets Core Equity Fund | | | | | Buy | 02/21 | J | | |
| 232 DFA Interm Government Fixed Fund | | | | | Partial Sale | 02/15 | J | None | |
| 233 DFA Interm Government Fixed Fund | | | | | Sell | 10/19 | K | None | |
| 234 DFA International Value Fund | | | | | Buy | 02/21 | J | | |
| 235 DFA Large Cap International Fund | | | | | Buy | 12/29 | J | | |
| 236 DFA US Large Cap Value Fund | | | | | Partial Sale | 02/15 | J | B | |
| 237 DFA US Micro Cap Fund | | | | | Partial Sale | 02/15 | J | B | |
| 238 DFA US Small Cap Value Fund | | | | | Partial Sale | 02/15 | J | A | |
| 239 Fidelity Cash Reserves Fund | | | | | | | | | |
| 240 Forward Intenational Small Companies Fund | | | | | Partial Sale | 02/15 | J | A | |
| 241 Hodges Growth Fund | | | | | Buy | 02/21 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 12    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g. , buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 242 | Hennessy Focus 30 Fund | | | | | Partial Sale | 12/29 | J | D | |
| 243 | Hussman Strategic Growth (mutual fuind) | | | | | Partial Sale | 02/15 | J | A | |
| 244 | iShares Dow Jones Select Dividend | | | | | Partial Sale | 02/15 | J | A | |
| 245 | iShares S&P 500/Barra Growth Fund | | | | | Partial Sale | 02/15 | J | A | |
| 246 | iShares S&P Global 100 Index Fund | | | | | Sell | 02/15 | K | A | |
| 247 | iShares TR Russell 2000 Growth Index Fund | | | | | Buy | 02/21 | J | | |
| 248 | Julius Baer Total Return Bond Fund | | | | | Partial Sale | 02/15 | J | None | |
| 249 | Lincoln National (common) | | | | | Partial Sale | 04/27 | K | E | |
| 250 | Lincoln National (common) | | | | | Partial Sale | 10/13 | L | F | |
| 251 | Matthews Asian Growth & Income Fund | | | | | Partial Sale | 02/15 | J | B | |
| 252 | PIMCO Commodity Real Ret Strat | | | | | Buy | 02/21 | J | | |
| 253 | PIMCO Commodity Real Ret Strat | | | | | Sell | 11/17 | J | A | |
| 254 | PIMCO Total Return | | | | | Buy | 02/21 | K | | |
| 255 | PIMCO Total Return | | | | | Buy | 12/29 | J | | |
| 256 | Powershares QQQ Trust Fund (fka NASDAQ 100 Tr Fund) | | | | | Partial Sale | 04/29 | J | B | |
| 257 | S&P Dep Rcpts/Spdrs Trust Fund | | | | | Partial Sale | 02/15 | J | B | |
| 258 | S&P Dep Rcpts/Spdrs Trust Fund | | | | | Buy | 12/29 | J | | |
| 259 | US Global China Region Opportunity Fund | | | | | Partial Sale | 02/15 | J | A | |
| 260 | Vanguard Fixed Inc Secs Sh Term Corp Fund | | | | | Partial Sale | 02/15 | J | None | |
| 261 | Vanguard Fixed Inc Secs Sh Term Corp Fund | | | | | Partial Sale | 09/06 | J | None | |
| 262 | Vanguard Growth ETF Fund | | | | | Buy | 12/29 | J | | |
| 263 | White Oak Growth Assoc Funds | | | | | Buy | 02/21 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2) U=Book Value | V=Other | W=Estimate | |

VII. Page 13    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>**Description of Assets**<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 264 White Oak Growth Assoc Funds | | | | | Sell | 12/29 | J | None | |
| 265 **FR2** | A | Dividend & Capital Gains | N | W | | | | | See Comments Section VIII |
| 266 CUB Investment Partnership | | | | | | | | | |
| 267 DFA Emerging Markets Core Equity Fund | | | | | Buy | 02/21 | K | | |
| 268 DFA Emerging Markets Core Equity Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 269 DFA International Value Fund | | | | | Buy | 02/21 | K | | |
| 270 DFA International Value Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 271 DFA US Large Cap Value Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 272 DFA US Micro Cap Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 273 DFA US Small Cap Value Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 274 Forward Internat'l Small Co (common) | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 275 Greenfield Commercial Credit (common) | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 276 Hennessy Focus 30 Fund | | | | | Partial Sale | 02/16 | F | D | |
| 277 Hennessy Focus 30 Fund | | | | | Partial Sale | 03/03 | J | A | |
| 278 Hennessy Focus 30 Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 279 Hodges Growth Fund | | | | | Buy | 02/21 | K | | |
| 280 Hodges Growth Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 281 Hussman Strategic Growth Fund | | | | | Buy | 02/16 | J | | |
| 282 Hussman Strategic Growth Fund | | | | | Partial Sale | 04/11 | J | A | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 14    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 283 Hussman Strategic Growth Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 284 iShares Dow Jones Select Dividend Fund | | | | | Buy | 02/21 | J | | |
| 285 iShares Dow Jones Select Dividend Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 286 iShares S&P Global 100 Index Fund | | | | | Sell | 02/16 | J | A | |
| 287 iShares S&P 500/Barra Growth Index Fund | | | | | Buy | 02/16 | J | | |
| 288 iShares S&P 500/Barra Growth Index Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 289 iShares TR Russell 2000 Growth Index Fund | | | | | Buy | 02/21 | K | | |
| 290 iShares TR Russell 2000 Growth Index Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 291 Lincoln National (common) | | | M | T | Distributed in kind | o/a 04/15 | | | |
| 292 Matthews Asian Growth & Income Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 293 Powershares QQQ Trust Fund(fka Nasdaq 100 Tr Unit Ser 1 Fund) | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 294 PIMCO Commodity Real Ret Strat | | | | | Buy | 02/21 | K | | |
| 295 PIMCO Commodity Real Ret Strat | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 296 Rydex ETF Trust S&P 500 Equal Weight Fund | | | | | Sell | 02/16 | K | B | |
| 297 S&P Dep Rcpts/Spdrs Trust Fund | | | | | Buy | 02/16 | J | | |
| 298 S&P Dep Rcpts/Spdrs Trust Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 299 US Global China Regional Opp Fund | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 300 White Oak Growth Assoc Funds | | | | | Buy | 02/21 | K | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 15    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | If not exempt from disclosure | | | |
| | | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 301 | White Oak Growth Assoc Funds | | | K | T | Distributed in kind | o/a 04/15 | | | |
| 302 | **FR3** | E | Dividend & Capital Gains | O | T | | | | | |
| 303 | CUB Investment Partnership | | | | | | | | | |
| 304 | DFA Emerging Markets Core Equity Fund | | | | | Buy | 02/21 | J | | |
| 305 | DFA International Value Fund | | | | | Buy | 02/21 | J | | |
| 306 | DFA US Large Cap Value Fund | | | | | | | | | |
| 307 | DFA US Micro Cap Fund | | | | | Partial Sale | 02/16 | K | C | |
| 308 | DFA US Small Cap Value Fund | | | | | | | | | |
| 309 | Forward Internat'l Small Co (common) | | | | | | | | | |
| 310 | Greenfield Commercial Credit (common) | | | | | | | | | |
| 311 | Hennessy Focus 30 Fund | | | | | Partial Sale | 02/16 | E | D | |
| 312 | Hodges Growth Fund | | | | | Buy | 02/21 | J | | |
| 313 | Hussman Strategic Growth Fund | | | | | Buy | 02/16 | J | | |
| 314 | Hussman Strategic Growth Fund | | | | | Sell | 04/11 | J | A | |
| 315 | iShares Dow Jones Select Dividend Fund | | | | | Buy | 02/21 | J | | |
| 316 | iShares S&P Global 100 Index Fund | | | | | Sell | 02/16 | J | A | |
| 317 | iShares S&P 500/Barra Growth Index Fund | | | | | Buy | 02/16 | J | | |
| 318 | iShares TR Russell 2000 Growth Index Fund | | | | | Buy | 02/21 | J | | |
| 319 | Lincoln National (common) | | | | | Partial Sale | 04/27 | K | E | |
| 320 | Lincoln National (common) | | | | | Partial Sale | 10/13 | K | F | |
| 321 | Matthews Asian Growth & Income Fund | | | | | | | | | |

| 1 Inc/Gain Codes:<br>(Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Val Codes:<br>(Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 16    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322 Powershares QQQ Trust Fund(fka Nasdaq 100 Tr Unit Ser 1 Fund) | | | | | | | | | |
| 323 PIMCO Commodity Real Ret Strat | | | | | Buy | 02/21 | J | | |
| 324 PIMCO Commodity Real Ret Strat | | | | | Sell | 11/17 | J | A | |
| 325 Rydex ETF Trust S&P 500 Equal Weight Fund | | | | | Sell | 02/16 | J | B | |
| 326 S&P Dep Rcpts/Spdrs Trust Fund | | | | | Buy | 02/16 | J | | |
| 327 US Global China Regional Opp Fund | | | | | | | | | |
| 328 White Oak Growth Assoc Funds | | | | | Buy | 02/21 | J | | |
| 329 **FR4** | E | Dividend & Capital Gains | O | T | | | | | |
| 330 CUB Investment Partnership | | | | | | | | | |
| 331 DFA Emerging Markets Core Equity Fund | | | | | Buy | 02/21 | K | | |
| 332 DFA International Value Fund | | | | | Buy | 02/21 | K | | |
| 333 DFA US Large Cap Value Fund | | | | | | | | | |
| 334 DFA US Micro Cap Fund | | | | | Partial Sale | 02/16 | K | C | |
| 335 DFA US Small Cap Value Fund | | | | | | | | | |
| 336 Forward Internat'l Small Co (common) | | | | | | | | | |
| 337 Greenfield Commercial Credit (common) | | | | | | | | | |
| 338 Hennessy Focus 30 Fund | | | | | Partial Sale | 02/16 | F | D | |
| 339 Hodges Growth Fund | | | | | Buy | 02/21 | K | | |
| 340 Hussman Strategic Growth Fund | | | | | Buy | 02/16 | J | | |
| 341 Hussman Strategic Growth Fund | | | | | Sell | 04/11 | J | A | |
| 342 iShares Dow Jones Select Dividend Fund | | | | | Buy | 02/21 | J | | |
| 343 iShares S&P Global 100 Index Fund | | | | | Sell | 02/16 | J | A | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

2006
FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Robert H. Cleland

Date of Report

08/13/07

VII. Page 17    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children  See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 344  iShares S&P 500/Barra Growth Index Fund | | | | | Buy | 02/16 | J | | |
| 345  iShares TR Russell 2000 Growth Index Fund | | | | | Buy | 02/21 | K | | |
| 346  Lincoln National (common) | | | | | Partial Sale | 04/27 | K | E | |
| 347  Lincoln National (common) | | | | | Partial Sale | 10/09 | K | E | |
| 348  Lincoln National (common) | | | | | Partial Sale | 10/13 | K | E | |
| 349  Matthews Asian Growth & Income Fund | | | | | | | | | |
| 350  Powershares QQQ Trust Fund(fka Nasdaq 100 Tr Unit Ser 1 Fund) | | | | | | | | | |
| 351  PIMCO Commodity Real Ret Strat | | | | | Buy | 02/21 | K | | |
| 352  PIMCO Commodity Real Ret Strat | | | | | Sell | 11/17 | K | A | |
| 353  Rydex ETF Trust S&P 500 Equal Weight Fund | | | | | Sell | 02/16 | K | B | |
| 354  S&P Dep Rcpts/Spdrs Trust Fund | | | | | Buy | 02/16 | J | | |
| 355  US Global China Regional Opp Fund | | | | | | | | | |
| 356  White Oak Growth Assoc Funds | | | | | Buy | 02/21 | K | | |
| 357  **FR5** | G | Dividend & Capital Gains | O | T | | | | | |
| 358  BP PLC Sponsored ADR | | | | | | | | | |
| 359  Lincoln National (common) | | | | | Partial Sale | 10/13 | J | D | |
| 360  Nisource, fka NIPSCO (common) | | | | | | | | | |
| 361  SEMCO Energy (common) | | | | | | | | | |
| 362  Fidelity Spartan Florida Municipal Income Fund | | | | | | | | | |
| 363  Fidelity  Fund (MM) | | | | | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)           U=Book Value | V=Other | W=Estimate | |

VII. Page 18     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 364  FR6 | E | Dividend & Capital Gains | P1 | T | | | | | |
| 365  Accenture Ltd (common) | | | | | Buy | 10/25 | J | | |
| 366  Advanced Micro Devices Inc (common) | | | | | Buy | 07/27 | J | | |
| 367  Advanced Micro Devices Inc (common) | | | | | Buy | 10/25 | J | | |
| 368  Akamai Technologies Inc (common) | | | | | Buy | 12/06 | J | | |
| 369  Alcon Inc (common) | | | | | Buy | 08/07 | J | | |
| 370  Alcon Inc (common) | | | | | Buy | 10/25 | J | | |
| 371  Allegheny Energy Inc (common) | | | | | Buy | 10/27 | J | | |
| 372  Allstate Corp (common) | | | | | Sell | 07/06 | J | A | |
| 373  Alltel Corp (common) | | | | | Sell | 07/06 | J | A | |
| 374  Altria Group Inc (common) | | | | | Buy | 08/07 | J | | |
| 375  Altria Group Inc (common) | | | | | Buy | 09/29 | J | | |
| 376  Altria Group Inc (common) | | | | | Buy | 10/25 | J | | |
| 377  America Movil S A De C V (common) | | | | | Buy | 08/07 | J | | |
| 378  American Express Co (common) | | | | | Sell | 07/06 | J | A | |
| 379  American International Group, Inc (common) | | | | | Buy | 08/07 | J | | |
| 380  American International Group, Inc (common) | | | | | Buy | 10/25 | J | | |
| 381  American International Group, Inc (common) | | | | | Buy | 10/16 | J | | |
| 382  American International Group, Inc (common) | | | | | Buy | 10/30 | J | | |
| 383  American Tower System Corp (common) | | | | | Buy | 07/14 | J | | |
| 384  Ameriprise Financial Inc (common) | | | | | | | | | |
| 385  Amerisourcebergen Corp (common) | | | | | Buy | 11/03 | J | | |

| 1 Inc/Gain Codes:<br>(Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Val Codes:<br>(Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 19    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets  Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.  Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g. , buy, sell, partial sale, merger, redemption | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 386    Anadarko Petroleum Corp (common) | | | | | Sell | 07/06 | J | A | |
| 387    Apple Computer Inc (common) | | | | | Buy | 08/09 | J | | |
| 388    Arcelor Mittal (common) | | | | | Buy | 11/03 | J | | |
| 389    Arrow Electronics Inc (common) | | | | | Buy | 10/26 | J | | |
| 390    Astrazeneca PLC (common) | | | | | Sell | 07/06 | J | A | |
| 391    AT&T Inc (common) | | | | | Buy | 08/07 | J | | |
| 392    AXA - Spon-ADR (common) | | | | | Sell | 07/06 | J | A | |
| 393    Baker Hughes Inc (common) | | | | | | | | | |
| 394    Banco Santander Centl Hispano SA Spon ADR (common) | | | | | Sell | 07/06 | J | A | |
| 395    Bank of Amer Corp (common) | | | | | Buy | 08/07 | J | | |
| 396    Bank of New York Co Inc (common) | | | | | Buy | 10/26 | J | | |
| 397    BASF AG-Spon ADR (common) | | | | | Sell | 07/06 | J | A | |
| 398    Bernstein Emerging Markets Portfolio | | | | | Buy | 08/07 | K | | |
| 399    Bernstein Emerging Markets Portfolio | | | | | Buy | 10/25 | K | | |
| 400    Bernstein Emerging Markets Portfolio | | | | | Buy | 12/12 | K | | |
| 401    Bernstein Tax-managed International Portfolio | | | | | Buy | 08/07 | M | | |
| 402    Bernstein Tax-managed International Portfolio | | | | | Buy | 10/25 | M | | |
| 403    Bernstein Tax-managed International Portfolio | | | | | Buy | 12/12 | L | | |
| 404    Black & Decker Corp (common) | | | | | Buy | 10/31 | J | | |
| 405    Boeing Co (common) | | | | | Buy | 08/07 | J | | |
| 406    Boeing Co (common) | | | | | Buy | 09/14 | J | | |
| 407    Boeing Co (common) | | | | | Buy | 09/19 | J | | |
| 408    Borg Warner Automotive Inc (common) | | | | | Buy | 10/25 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less          B=$1,001-$2,500          C=2,501-$5,000          D=$5,001-$15,000     E=$15,001-$50,000 |
|---|
| (Col B1, D4)      F=$50,000-$100,000          G=$100,001-1,000,000          H=$1,000,001-$5,000,000          H2=$5,000,001 or more |

| 2 Val Codes:   J=$15,000 or less          K=$15,001-$50,000          L=$50,001-100,000          M=$100,001-$250,000          N=$250,001-$500,000 |
|---|
| (Col C1, D3) O=500,000-$1,000,000          P1=$ 1,000,001-$5,000,000          P2=$5,000,001-$25,000,000          P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |

| 3 Val Mth Codes:   Q=Appraisal          R=Cost (real estate only)          S=Assessment          T=Cash/Market |
|---|
| (col C2)          U=Book Value          V=Other          W=Estimate |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/07 |

VII. Page 20    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets. Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409 BP Amoco (common) | | | | | Buy | 08/07 | J | | |
| 410 BP Amoco (common) | | | | | Partial Sale | 09/11 | J | None | |
| 411 BP Amoco (common) | | | | | Buy | 10/25 | J | | |
| 412 Broadcom Corp (common) | | | | | Buy | 07/27 | J | | |
| 413 Broadcom Corp (common) | | | | | Buy | 08/07 | J | | |
| 414 BT Group PLC (common) | | | | | Sell | 07/06 | J | A | |
| 415 Burlington Resources Inc (common) | | | | | Sell | 07/06 | J | A | |
| 416 Caremark Rx Inc (common) | | | | | Buy | 08/07 | J | | |
| 417 Caremark Rx Inc (common) | | | | | Buy | 10/25 | J | | |
| 418 Caremark Rx Inc (common) | | | | | Sell | 11/28 | K | None | |
| 419 Caterpillar Inc (common) | | | | | Sell | 07/06 | J | A | |
| 420 Cash | | | . | | Open | 07/09 | N | | |
| 421 CBS Corp (common) | | | | | Buy | 08/11 | J | | |
| 422 Chevron Corp (common) | | | | | Buy | 08/11 | J | | |
| 423 Chevron Corp (common) | | | | | Buy | 10/27 | J | | |
| 424 Chicago Mercantile Exchange (common) | | | | | Buy | 09/28 | J | | |
| 425 Chicago Mercantile Exchange (common) | | | | | Buy | 09/06 | J | | |
| 426 Cisco Systems Inc (common) | | | | | Buy | 08/07 | J | | |
| 427 Cisco Systems Inc (common) | | | | | Buy | 10/25 | J | | |
| 428 Cisco Systems Inc (common) | | | | | Buy | 11/02 | J | | |
| 429 Cisco Systems Inc (common) | | | | | Buy | 11/16 | J | | |
| 430 Citigroup Inc (common) | | | | | Buy | 08/07 | J | | |
| 431 Citigroup Inc (common) | | | | | Buy | 10/25 | J | | |
| 432 Clorox Co (common) | | | | | Buy | 08/07 | J | | |
| 433 Coca Cola Co (common) | | | | | Buy | 08/06 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (col C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 21    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | (1) Type (e.g. , buy, sell, partial sale, merger, redemption | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 434   Comcast Corp (common) | | | | | Buy | 08/07 | J | | |
| 435   Comcast Corp (common) | | | | | Buy | 10/25 | J | | |
| 436   Comcast Corp (common) | | | | | Buy | 11/16 | J | | |
| 437   Comcast Corp (common) | | | | | Buy | 12/21 | J | | |
| 438   Comcast Corp (common) | | | | | Buy | 12/06 | J | | |
| 439   Conocophillips  (common) | | | | | | | | | |
| 440   Constellation Energy Group Inc (common) | | | | | Buy | 08/06 | J | | |
| 441   Corning Inc (common) | | | | | Buy | 07/06 | J | | |
| 442   Corning Inc (common) | | | | | Partial Sale | 08/03 | J | None | |
| 443   Corning Inc (common) | | | | | Buy | 11/02 | J | | |
| 444   Credit Suisse Group (common) | | | | | Buy | 10/25 | J | | |
| 445   Credit Suisse Group (common) | | | | | Buy | 11/16 | J | | |
| 446   Credit Suisse Group (common) | | | | | Buy . | 12/26 | J | | |
| 447   Crown Castle Intl Corp (common) | | | | | Buy | 10/25 | J | | |
| 448   CSX Corp (common) | | | | | Buy | 08/04 | J | | |
| 449   CSX Corp (common) | | | | | Sell | 09/07 | J | None | |
| 450   Danaher Corp (common) | | | | | Sell | 07/06 | J | A | |
| 451   Dell Computer Corp (common) | | | | | Sell | 07/06 | J | A | |
| 452   Devon Energy Corp (common) | | | | | Buy | 03/09 | J | | |
| 453   Devon Energy Corp (common) | | | | | Partial Sale | 09/28 | J | A | |
| 454   Disney Walt Co (common) | | | | | Sell | 07/06 | J | A | |
| 455   E on Ag  Spon ADR (common) | | | | | Sell | 07/06 | J | A | |
| 456   Eaton (common) | | | | | Buy | 08/07 | J | | |
| 457   Electronic Data Systems Corp (common) | | | | | Buy | 08/07 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- | --- |
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- | --- |
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 22    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 458 Eli Lilly & Co (common) | | | | | Buy | 10/25 | J | | |
| 459 Eli Lilly & Co (common) | | | | | Sell | 12/22 | J | None | |
| 460 EMC Corp Mass (common) | | | | | Sell | 07/06 | J | A | |
| 461 Emerson Electric Co (common) | | | | | Buy | 08/09 | J | | |
| 462 Exxon Mobile Corp (common) | | | | | Buy | 09/14 | J | | |
| 463 Exxon Mobile Corp (common) | | | | | Buy | 10/25 | J | | |
| 464 Fed Home Loan Mortgage (common) | | | | | Buy | 08/07 | J | | |
| 465 Federal National Mortgage Assn (common) | | | | | Buy | 08/07 | J | | |
| 466 Fedex Corp (common) | | | | | Sell | 08/11 | J | C | |
| 467 Fidelity Cash Reserves | | | | | Sell | 07/06 | J | None | |
| 468 Flextronics International (common 07/06) | | | | | Buy | 10/25 | J | | |
| 469 Fluor Corp (common) | | | | | Buy | 12/19 | J | | |
| 470 Fortune Brands Inc (common) | | | | | Buy | 12/17 | J | | |
| 471 Franklin Resources Inc (common) | | | | | Buy | 08/07 | J | | |
| 472 Franklin Resources Inc (common) | | | | | Buy | 10/27 | J | | |
| 473 Genentech Inc (common) | | | | | Buy | 08/07 | J | | |
| 474 General Electric (common) | | | | | Buy | 08/07 | J | | |
| 475 General Electric (common) | | | | | Buy | 10/25 | J | | |
| 476 Genworth Financial Inc (common) | | | | | Buy | 08/07 | J | | |
| 477 Genworth Financial Inc (common) | | | | | Buy | 11/15 | J | | |
| 478 Gilead Sciences Inc (common) | | | | | Buy | 08/07 | J | | |
| 479 Gilead Sciences Inc (common) | | | | | Buy | 10/25 | J | | |
| 480 Glaxo SmithKline PLC ADR (common) | | | | | Sell | 07/06 | J | A | |
| 481 Global Santa Fe Corp (common) | | | | | Buy | 08/07 | J | | |

1 Inc/Gain Codes:  A=1,000 or less     B=$1,001-$2,500      C=2,501-$5,000          D=$5,001-$15,000     E=$15,001-$50,000
(Col B1, D4)      F=$50,000-$100,000   G=$100,001-1,000,000   H=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal      R=Cost (real estate only)      S=Assessment       T=Cash/Market
(col C2)      U=Book Value     V=Other      W=Estimate

VII. Page 23    INVESTMENT and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 482  Goldman Sachs Group Inc (common) | | | | | Buy | 08/24 | J | | |
| 483  Goldman Sachs Group Inc (common) | | | | | Buy | 10/25 | J | | |
| 484  Google Inc (common) | | | | | Buy | 08/04 | J | | |
| 485  Google Inc (common) | | | | | Buy | 08/07 | J | | |
| 486  Google Inc (common) | | | | | Buy | 09/19 | J | | |
| 487  Halliburton Co (common) | | | | | Buy | 08/07 | J | | |
| 488  Halliburton Co (common) | | | | | Buy | 10/27 | J | | |
| 489  Hewlett Packard Co (common) | | | | | Buy | 08/07 | J | | |
| 490  Hewlett Packard Co (common) | | | | | Buy | 12/21 | J | | |
| 491  Hilton Hotels Corp (common) | | | | | Buy | 09/19 | J | | |
| 492  Hitachi Ltd - Spons - ADR (common) | | | | | Sell | 07/06 | J | A | |
| 493  Honeywell International Inc (common) | | | | | Sell | 07/06 | J | A | |
| 494  Idearc Inc (common) | | | | | Spin-off | 11/29 | J | | Spin-off from Verizon Communication |
| 495  Ing Group N V NL Spon ADR (common) | | | | | Sell | 07/06 | J | A | |
| 496  Ingersoll Rand Co Ltd (common) | | | | | Buy | 12/11 | J | | |
| 497  Intel Corp (common) | | | | | Sell | 07/06 | J | A | |
| 498  Interpublic Group of Cos Inc (common) | | | | | Buy | 08/07 | J | | |
| 499  Intl Business Machines Corp (common) | | | | | Buy | 08/24 | J | | |
| 500  Intl Business Machines Corp (common) | | | | | Buy | 08/22 | J | | |
| 501  Ishares MSCI Japan Index Fund | | | | | Sell | 07/06 | J | A | |
| 502  Johnson & Johnson (common) | | | | | Sell | 07/06 | J | A | |
| 503  JP Morgan Chase & Co (common) | | | | | Buy | 08/08 | J | | |
| 504  JP Morgan Chase & Co (common) | | | | | Buy | 08/08 | J | | |
| 505  Kellogg Co (common) | | | | | Buy | 08/07 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 24   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 506 Kimberly Clark Corp (common) | | | | | Buy | 08/07 | J | | |
| 507 KLA-Tencor Corp (common) | | | | | Sell | 07/06 | J | A | |
| 508 Kohls Corp (common) | | | | | Buy | 09/08 | J | | |
| 509 Kohls Corp (common) | | | | | Buy | 10/25 | J | | |
| 510 Kohls Corp (common) | | | | | Buy | 10/06 | J | | |
| 511 Las Vegas Sands Corp (common) | | | | | Buy | 7/17 | J | | |
| 512 Lazard Ltd (common) | | | | | Buy | 10/25 | J | | |
| 513 Legg Mason Inc (common) | | | | | Buy | 12/20 | J | | |
| 514 Lehman Brothers Holdings Inc (common) | | | | | Sell | 07/06 | J | A | |
| 515 Limited Inc (common) | | | | | Buy | 10/25 | J | | |
| 516 Lincoln National (common) | | | | | Partial Sale | 04/27 | M | G | |
| 517 Lincoln National (common) | | | | | Partial Sale | 08/04 | P1 | G | |
| 518 Lockheed Martin Corp (common) | | | | | Sell | 08/29 | J | D | |
| 519 Lowes Companies Inc (common) | | | | | Partial Sale | 09/07 | J | A | |
| 520 Lowes Companies Inc (common) | | | | | Partial Sale | 10/02 | J | A | |
| 521 Lowes Companies Inc (common) | | | | | Sell | 11/02 | J | A | |
| 522 Manulife Financial Services (common) | | | | | Partial Sale | 03/03 | L | F | |
| 523 Matsushita Elec Ind (common) | | | | | Sell | 07/06 | J | A | |
| 524 MBIA Inc (common) | | | | | Buy | 12/18 | J | | |
| 525 McDonalds Corp (common) | | | | | Buy | 08/07 | J | | |
| 526 McDonalds Corp (common) | | | | | Buy | 10/25 | J | | |
| 527 MedcoHealth Solutions Inc (common) | | | | | Buy | 07/27 | J | | |
| 528 MedcoHealth Solutions Inc (common) | | | | | Buy | 08/07 | J | | |
| 529 MedcoHealth Solutions Inc (common) | | | | | Buy | 10/27 | J | | |
| 530 MedcoHealth Solutions Inc (common) | | | | | Sell | 12/11 | J | None | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less B=$1,001-$2,500 C=2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,000-$100,000 G=$100,001-1,000,000 H=$1,000,001-$5,000,000 H2=$5,000,001 or more |
|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less K=$15,001-$50,000 L=$50,001-100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=500,000-$1,000,000 P1= $ 1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimate |

VII. Page 25    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 531 Merck & Co Inc (common) | | | | | Buy | 05/11 | J | | |
| 532 Merrill Lyunch & Co Inc (common) | | | | | Buy | 08/07 | J | | |
| 533 Merrill Lyunch & Co Inc (common) | | | | | Buy | 09/19 | J | | |
| 534 Merrill Lyunch & Co Inc (common) | | | | | Buy | 10/25 | J | | |
| 535 MetLife Inc (common) | | | | | Buy | 08/07 | J | | |
| 536 Microsoft Corp (common) | | | | | Buy | 12/11 | J | | |
| 537 Mitsubishi Tokyo Financial Spon ADR (common) | | | | | Sell | 07/06 | J | A | |
| 538 Monsanto Co (common) | | | | | Buy | 08/07 | J | | |
| 539 Monsanto Co (common) | | | | | Buy | 10/25 | J | | |
| 540 Morgan Stanley (common) | | | | | Sell | 07/06 | J | A | |
| 541 Motorola Inc (common) | | | | | Buy | 10/06 | J | | |
| 542 Motorola Inc (common) | | | | | Sell | 11/16 | J | None | |
| 543 National City Corp (common) | | | | | Buy | 08/07 | J | | |
| 544 Network Appliance Inc (common) | | | | | Buy | 08/07 | J | | |
| 545 Network Appliance Inc (common) | | | | | Buy | 10/25 | J | | |
| 546 News Corp LTD ADR New Australia (common) | | | | | Sell | 07/06 | J | A | |
| 547 Nissan Motor Ltd (common) | | | | | Sell | 07/06 | J | A | |
| 548 Nokia Corp-Sponsored ADR (common) | | | | | Buy | 08/08 | J | | |
| 549 Nomura Holdings Inc New Spon ADR (common) | | | | | Sell | 07/06 | J | A | |
| 550 Northern Trust Corp (common) | | | | | Buy | 08/17 | J | | |
| 551 Northern Trust Corp (common) | | | | | Partial Sale | 12/07 | J | A | |
| 552 Nvidia Corp (common) | | | | | Buy | 10/06 | J | | |
| 553 Nvidia Corp (common) | | | | | Buy | 10/25 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 26    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 554  NYSE Euronext (common) | | | | | Buy | 07/28 | J | | |
| 555  NYSE Euronext (common) | | | | | Buy | 08/06 | J | | |
| 556  Occidental Petroleum Corp (common) | | | | | Sell | 07/06 | J | A | |
| 557  Oracle Systems Corp (common) | | | | | Buy | 10/25 | J | | |
| 558  Owens Illinois Inc (common) | | | | | Buy | 10/25 | J | | |
| 559  Pfizer Inc (common) | | | | | Buy | 08/07 | J | | |
| 560  Pfizer Inc (common) | | | | | Buy | 10/30 | J | | |
| 561  Procter & Gamble Co (common) | | | | | Buy | 08/07 | K | | |
| 562  Procter & Gamble Co (common) | | | | | Buy | 10/27 | J | | |
| 563  Qualcomm Inc (common) | | | | | Buy | 08/24 | J | | |
| 564  Qualcomm Inc (common) | | | | | Buy | 08/07 | J | | |
| 565  Qualcomm Inc (common) | | | | | Buy | 10/25 | J | | |
| 566  Qualcomm Inc (common) | | | | | Partial Sale | 11/28 | J | None | |
| 567  RMA Money Mkt Portfolio | | | | | Sell | 07/06 | N | None | |
| 568  Rockwell Collins Inc (common) | | | | | Buy | 08/09 | J | | |
| 569  Rockwell Collins Inc (common) | | | | | Partial Sale | 09/08 | J | A | |
| 570  Royal Dutch-Shell PLC (common) | | | | | | | | | |
| 571  Safeway Inc (common) | | | | | Buy | 10/25 | J | | |
| 572  San Paolo IMI (common) | | | | | Sell | 07/06 | J | A | |
| 573  Sanofi-Aventis-ADR (common) | | | | | Sell | 07/06 | J | A | |
| 574  Sara Lee Corp (common) | | | | | Buy | 09/14 | J | | |
| 575  Sara Lee Corp (common) | | | | | Buy | 11/30 | J | | |
| 576  Schlumberger Ltd (common) | | | | | Buy | 08/07 | J | | |
| 577  Schwab Charles Corp New (common) | | | | | Buy | 08/04 | J | | |
| 578  Schwab Charles Corp New (common) | | | | | Buy | 12/26 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 27    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579  Siemens AG-Spons ADR (commmon) | | | | | Sell | 07/06 | J | A | |
| 580  Sony Corp (common) | | | | | Sell | 07/06 | J | A | |
| 581  SPDR Corp - Spons ADR (common) | | | | | Sell | 07/06 | J | A | |
| 582  Sprint Nextel Corp (common) | | | | | Buy | 10/25 | J | | |
| 583  Sprint Nextel Corp (common) | | | | | Buy | 10/02 | J | | |
| 584  SPX Corp (common) | | | | | Buy | 08/07 | J | | |
| 585  Starwood Hotels & Resorts (common) | | | | | Buy | 09/19 | J | | |
| 586  Starwood Hotels & Resorts (common) | | | | | Buy | 10/25 | J | | |
| 587  SunTrust Banks Inc (common) | | | | | Buy | 10/25 | J | | |
| 588  Target Corp (common) | | | | | Buy | 08/07 | J | | |
| 589  Tech Data Corp (common) | | | | | Buy | 07/14 | J | | |
| 590  Teva Pharmaceutical Industries (common) | | | | | Buy | 07/27 | J | | |
| 591  Teva Pharmaceutical Industries (common) | | | | | Buy | 08/07 | J | | |
| 592  Teva Pharmaceutical Industries (common) | | | | | Partial Sale | 12/29 | J | None | |
| 593  Textron Inc (common) | | | | | Buy | 07/31 | J | | |
| 594  Textron Inc (common) | | | | | Buy | 08/09 | J | | |
| 595  Textron Inc (common) | | | | | Sell | 09/08 | J | None | |
| 596  Time Warner Inc (common) | | | | | Buy | 08/07 | J | | |
| 597  Time Warner Inc (common) | | | | | Buy | 11/02 | J | | |
| 598  Time Warner Inc (common) | | | | | Buy | 12/28 | J | | |
| 599  Total SA-Spon ADR (common) | | | | | Sell | 07/06 | J | A | |
| 600  Toyota Motor Corp (common) | | | | | Buy | 08/07 | J | | |
| 601  Transocean, Inc (common) | | | | | Sell | 07/06 | J | A | |
| 602  Travelers Companies Inc (common) | | | | | Buy | 08/07 | J | | |
| 603  UBS AG (common) | | | | | Buy | 07/27 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less        B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000        E=$15,001-$50,000 |
| (Col B1, D4)      F=$50,000-$100,000        G=$100,001-1,000,000        H=$1,000,001-$5,000,000        H2=$5,000,001 or more |

| 2 Val Codes:   J=$15,000 or less        K=$15,001-$50,000        L=$50,001-100,000        M=$100,001-$250,000        N=$250,001-$500,000 |
| (Col C1, D3) O=500,000-$1,000,000   P1=$ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |

| 3 Val Mth Codes:   Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market |
| (col C2)          U=Book Value        V=Other        W=Estimate |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/07 |

VII. Page 28    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale, merger,<br>redemption | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 604   UBS AG (common) | | | | | Buy | 08/17 | J | | |
| 605   UBS AG (common) | | | | | Buy | 08/07 | J | | |
| 606   UBS AG (common) | | | | | Buy | 10/25 | J | | |
| 607   UBS AG (common) | | | | | Partial Sale | 12/11 | J | None | |
| 608   United Health Group Inc (common) | | | | | Buy | 08/07 | J | | |
| 609   United Health Group Inc (common) | | | | | Buy | 08/04 | J | | |
| 610   United Health Group Inc (common) | | | | | Sell | 12/06 | J | A | |
| 611   United Technologies Corp (common) | | | | | Buy | 08/09 | J | | |
| 612   United Technologies Corp (common) | | | | | Partial Sale | 12/13 | J | A | |
| 613   Verizon Communications (common) | | | | | Buy | 10/06 | J | | |
| 614   Verizon Communications (common) | | | | | Buy | 10/09 | J | | |
| 615   Verizon Communications (common) | | | | | Buy | 10/26 | J | | |
| 616   Wal-Mart Stores, Inc (common) | | | | | Buy | 11/16 | J | | |
| 617   Wal-Mart Stores, Inc (common) | | | | | Sell | 12/18 | J | None | |
| 618   Walgreen Co (common) | | | | | Buy | 08/17 | J | | |
| 619   Walgreen Co (common) | | | | | Partial Sale | 10/02 | J | None | |
| 620   Walgreen Co (common) | | | | | Sell | 10/23 | J | None | |
| 621   Wellpoint Inc (common) | | | | | Buy | 08/07 | J | | |
| 622   Wm Wrigley Jr Co (common) | | | | | Buy | 10/25 | J | | |
| 623   Yahoo Inc (common) | | | | | Buy | 08/07 | J | | |
| 624   Yahoo Inc (common) | | | | | Partial Sale | 10/24 | J | None | |
| 625   Yahoo Inc (common) | | | | | Partial Sale | 10/20 | J | None | |
| 626   Yahoo Inc (common) | | | | | Partial Sale | 12/13 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000 |
|---|
| (Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more |

| 2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000 |
|---|
| (Col C1, D3) O=500,000-$1,000,000    P1= $1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |

| 3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market |
|---|
| (col C2)    U=Book Value    V=Other    W=Estimate |

| 2006 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/13/07 |

VII. Page 29  INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 627 FR7 | A | Interest/ Dividend | J | T | | | | | |
| 628 Fidelity Cash Reserves | | | | | | | | | |
| 629 | | | | | | | | | |
| 630 | | | | | | | | | |
| 631 | | | | | | | | | |
| 632 | | | | | | | | | |
| 633 | | | | | | | | | |
| 634 | | | | | | | | | |
| 635 | | | | | | | | | |
| 636 | | | | | | | | | |
| 637 | | | | | | | | | |
| 638 | | | | | | | | | |
| 639 | | | | | | | | | |
| 640 | | | | | | | | | |
| 641 | | | | | | | | | |
| 642 | | | | | | | | | |
| 643 | | | | | | | | | |
| 644 | | | | | | | | | |
| 645 | | | | | | | | | |
| 635 | | | | | | | | | |
| 636 | | | | | | | | | |
| 637 | | | | | | | | | |
| 638 | | | | | | | | | |
| 639 | | | | | | | | | |
| 640 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (col C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimate | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re: "Investment Club" line 6 Section VII - Investments

This entity is a Limited Liability Company, and is the equivalent of a mutual fund or limited partnership designed to engage in investment strategies. It is a "common investment fund" and the assets are not individually reported because the reporting judge does not control or influence the Company's investment decisions, which are delegated to the investment advisory division of a financial institution.

Re: FR2 line 265 Section VII - Investments

Duties as a trustee with respect to most of these assets ceased in April, 2006, as assets were distributed. Distributed trust assets will not appear on future reports.

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H | 08/13/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _13 Aug 07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544